FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. Sec. 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
~~EASTERN~~/Western DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 17 2015
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Stacy Hammerle
P.O. Box 1010
Wrightsville, Arkansas 72183
(Enter above the full name of the plaintiff, or plaintiffs, in this action.)

ADC # 711445

v.

CASE NO 4:15-CV-221-SWW

Dr. Gourecantti
St. Edwards Medical Center
2nd Floor, Ft. Smith, Ar 72901
(Enter above the full name of defendant or defendants, in this action.)

This case assigned to District Judge Wright
and to Magistrate Judge Ray

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: _____

_____

Defendants: _____

_____

2. Court (If federal court, name the district; if state court, name the county: _____

_____

—1—

3. Docket Number: _____

4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed was it appealed? Is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present Confinement: Wrightsville, Hawkins Womens Unit, Wrightsville Ar. P.O Box 1010 72183

III. There is a prisoner grievance procedure in the Arkansas Department of Correction. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complain in the state prisoner grievance procedure?

   Yes _____  No ✓

   B. If your answer is YES, Attach copies evidencing completion of **the final step of the grievance appeal procedure**. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

   C. If your answer is NO, explain why not: _____
   Keyos System

IV. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do th same for additional plaintiffs, if any.)

   A. Name of plaintiff: Stacy Lynn Hammerle
   Address: P.O Box 1010 Wrightsville, Ar. 72183

   Name of plaintiff: _____
   Address: _____

   Name of plaintiff: _____
   Address: _____

-2-

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Defendant: Dr. Gourecantti
Position: oncologyst
Place of employment: St. Edwards Medical Center
Address: 2nd Floor St. Edwards Ft. Smith, Ar. 72901

Defendant: Dr. Nabil Akkad
Position: oncologyst
Place of employment: Sparks Medical Center
Address: Ft. Smith, Ar. 72908 Sparks medical plaza
Ph. 479-573-7940

Defendant: Dr. Raed Khairy
Position: oncologyst
Place of employment: Sparks Medical Center
Address: Sparks Medical Plaza, Ft. Smith, Ar. 72908
Ph. 479-709-7447

Defendant: Jane Doe
Position: nurse
Place of employment: Sparks Medical Center
Address: Sparks Medical Center, Ft. Smith, Ar. 72908

Defendant: _____
Position: _____
Place of employment: _____
Address: _____

—3—

V. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In or about June of 2011, in Fort Smith Arkansas. I was Admitted to Sparks Medical hospital for staph infection in my left arm. I was in the hospital for about 5 days. Upon being released I was made appointments, one being for a routine 1st Mammogram at Sparks medical plaza womens Breast center. After a mammogram I was called back in and told I had Lobular Carsanoma Insitu by the Drs. Akkad or Khairy. They then scheduled me for a biopsy. I was then scheduled to see another doctor at Womens breast center in Fayetteville Arkansas who also told me I had Lobular Carsanoma Insity, I also was referred to Dr. Gourecantti at St. Edwards womens clinic in Ft. Smith Arkansas who also told me I had Lobular Carsanoma Insitu. During all of this I was never once told I had Invasive breast cancer until I came to prison and pressed to see a Dr.. They took me to U.A.M.S to a Dr. of oncology Dr. Henry-Tillman where I was treated for Invasive breast cancer.

VI. Relief

State briefly exactly what YOU want the court to do for YOU. Make no legal arguments. Cite no cases or statutes.

Whatever the court feels far and deeds at all catoglogs. Puntive & Mondary damages

I declare under penalty of perjury (18 U.S.C. § 1621 that the foregoing is true and correct.

Executed on this 15 day of April, 2015.

_Crystal N. Lee_

CRYSTAL N. LEE
No. 12399673
SALINE COUNTY
Commission Expires 6-18-2024

April 15, 2015

Stacy Hammerle #711445
P.O. Box 1010 Wrightsville, Ar. 72183
_Stacy Hammerle_
Signature(s) of plaintiff(s)

-4-