**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**STACY HAMMERLE,**                                                              **PLAINTIFF**
**ADC # 711445**

**V.**                 **CASE NO. 4:15-CV-00221 SWW/BD**

**GOURECANTTI, et al.**                                                   **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber Wright. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**     **Discussion:**

Plaintiff Stacy Hammerle, an Arkansas Department of Correction ("ADC") inmate, filed this lawsuit on April 17, 2015. (Docket entry #1) Ms. Hammerle was ordered to submit a completed application to proceed *in forma pauperis* or pay the filing fee within 30 days of August 14, 2015. (#4) To date, she has failed to comply with the Court's August 14, 2015 Order, and the time for doing so has passed. The Court specifically

cautioned Ms. Hammerle that her claims could be dismissed if she failed to comply with the Court's Order.

### III. Conclusion:

The Court recommends that Ms. Hammerle's claims be DISMISSED, without prejudice, based on her failure to comply with the Court's August 14, 2015 Order.

IT IS SO ORDERED, this 17th day of September, 2015.

                                                           _____
                                                         UNITED STATES MAGISTRATE JUDGE