**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STACY HAMMERLE,**                                                                             **PLAINTIFF**
**ADC # 711445**

**V.**                          **CASE NO. 4:15-CV-00221 SWW/BD**

**GOURECANTTI, et al.**                                                                         **DEFENDANTS**

**JUDGMENT**

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 19th day of October, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE